371 A.2d 854
Commonwealth v. Frey, Appellant.

Submitted April 19, 1976. Stanton D. Levenson, for appellant; James J. Conte, Assistant District Attorney, and Albert M. Nichols, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAETH, J., did not participate in the consideration or decision of this case.